UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2022

JOHN BAL,

      Plaintiff,

-against-

U.S. DEPARTMENT OF THE TREASURY'S OFFICE OF FOREIGN ASSETS CONTROL; JASON E. PRINCE, Chief Counsel, Office of Foreign Assets Control; MARSHALL FIELDS, Assistant Director, Office of Foreign Asset Control; CHARLES BISHOP; Sanctions Coordinator, Office of Foreign Assets Control; PAYPAL, INC.; ROBERT HURST, Paypal Compliance Transaction Officer, and "JOHN DOE," an Executive or Agent of PayPal,

      Defendants.

1:21-cv-04702

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

  By order dated June 4, 2021, the Court granted Plaintiff leave to proceed in forma pauperis ("IFP"). Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)). Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that the summons and complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and amended complaint until the Court reviewed the amended complaint and ordered that a summons be issued. The Court therefore extends the time to serve

until 90 days after the date the summons is issued. If the amended complaint is not served within that time, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

To allow Plaintiff to effect service on Defendants United States Department of the Treasury Office of Foreign Assets Control, Jason E. Prince, Marshall Fields, and Charles Bishop through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk of Court is further instructed to (1) mark the box on the USM-285 forms labeled "Check for service on U.S.A."; (2) issue a summons; and (3) deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

To allow Plaintiff to effect service on Defendants Paypal, Inc. and Robert Hurst through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for these defendants. The Clerk of Court is further instructed to (1) issue a summons; and (2) deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

**SO ORDERED.**

Date:  January 3, 2022
       New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

# DEFENDANTS AND SERVICE ADDRESSES

1. United States Department of the Treasury
   Office of Foreign Assets Control
   1500 Pennsylvania Avenue N.W.
   Washington, D.C. 20220

2. Jason E. Prince, OFAC Chief Counsel
   United States Department of the Treasury
   1500 Pennsylvania Avenue
   Washington, D.C. 20220

3. Marshall Fields, OFAC Assistant Director
   United States Department of the Treasury
   1500 Pennsylvania Avenue
   Washington, D.C. 20220

4. Charles Bishop, OFAC Sanctions Coordinator
   United States Department of the Treasury
   1500 Pennsylvania Avenue
   Washington, D.C. 20220

5. PayPal, Inc.
   2211 N 1st Street
   San Jose, California 95131

6. Robert "Bob" Hurst, Compliance Transaction Coordinator
   PayPal, Inc.
   7700 Eastport Parkway
   La Vista, Nebraska 68128