**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JOHN BAL,

                       Plaintiff,         No. 21-CV-4702 (GHW) (OTW)

    -against-         **ORDER**

U.S. DEPARTMENT OF THE TREASURY, et al.,

                       Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a telephonic Settlement Status Call on **December 7, 2022, at 3:30 p.m.** Only parties who have been formally dismissed are excused from attending the telephonic Settlement Status Call. The dial-in information is 866-390-1828, access code 158-2687.

Counsel for Defendant United States Department of the Treasury, Office of Foreign Assets Control; Defendants Jason E. Prince and Marshall Fields in their official capacities; and Defendant Charles Bishop in his individual capacity (hereinafter "Federal Defendants"), filed a proposed briefing schedule on their anticipated Motion to Dismiss. (ECF 48). The Federal Defendants' Motion to Dismiss is due **December 28, 2022**. Plaintiff's opposition is due **February 28, 2023**. The Federal Defendants' reply is due **March 14, 2023**.

       **SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: November 1, 2022                                          **Ona T. Wang**
      New York, New York                          United States Magistrate Judge