**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

JOHN BAL,

        Plaintiff,       No. 21-CV-4702 (GHW) (OTW)

   -against-          **ORDER**

U.S. DEPARTMENT OF THE TREASURY, et al.,

        Defendants.

------------------------------------------------------------x

  **ONA T. WANG, United States Magistrate Judge:**

  The Clerk of Court is respectfully directed to strike ECF 50 from the docket. *Pro se* Plaintiff erroneously filed a document containing Plaintiff's personally identifiable information.

  **SO ORDERED.**

Dated: December 13, 2022          _s/ Ona T. Wang_
     New York, New York         **Ona T. Wang**
                   United States Magistrate Judge