**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

JOHN BAL,                                    :
                                             :
                        Plaintiff,           :          No. 21-CV-4702 (OTW)
                                             :
             -against-                       :          **ORDER**
                                             :
U.S. DEPARTMENT OF THE TREASURY, et al.,     :
                                             :
                        Defendants.          :
                                             :
                                             :
------------------------------------------------------------x

     **ONA T. WANG, United States Magistrate Judge:**

     The Court is in receipt of Defendants' letter at ECF 80.

     Plaintiff's motion for leave to file a motion for reconsideration (ECF 69) is **GRANTED**.

Plaintiff is directed to file his motion for reconsideration by **Friday, April 19, 2024**. Defendants

are directed to file their response, if any, by **Friday, May 17, 2024.** Plaintiff is directed to file his

reply, if any, by **Friday, June 28, 2024**.

     The Court adopts Defendants' proposed briefing schedule for cross-motions for

summary judgment. (ECF 80 at 2). Defendants are directed to file their motion for summary

judgment **by April 19, 2024**. Plaintiff is directed to file his cross-motion for summary judgment

and opposition to Defendants' motion **by June 7, 2024**. Defendants are directed to file their

reply to Plaintiff's opposition and their opposition to Plaintiff's cross-motion **by June 28, 2024**.

Plaintiff is directed to file his reply to Defendants' opposition by **July 26, 2024**.

     The Court is also in receipt of Plaintiff's letter motion for civil contempt (ECF 78) and

motion for default judgment (ECF 79).

Plaintiff's letter motion for civil contempt is **DENIED**. Plaintiff's bare assertion that the "detailed explanation" provided by Defendants in their January 12, 2024 letter did not comply with the Court's December 6, 2023 Order (ECF 76) is insufficient to merit a finding of civil contempt. Moreover, I have reviewed the letter sent to Plaintiff by the Defendants on January 12, 2024 (ECF 80-1), which Plaintiff did not attach to his motion, and find that the Defendants' explanation was both detailed and thorough.

Plaintiff's motion for default judgment against Defendants Bishop, Prince, and Fields is also **DENIED**. The Court's October 5, 2023 Opinion & Order (ECF 67) dismissed all claims against the Defendants except for Plaintiff's FOIA claims "only to the extent that Plaintiff seeks to challenge OFAC's redactions of the records produced." (ECF 67 at 8). There are no longer any pending claims against these three individual Defendants on which default judgment may be granted. Additionally, Plaintiff has not complied with Rule 55 of the Federal Rules of Civil Procedure and Local Rules 55.1 and 55.2 by requesting and obtaining a Clerk's certificate of default prior to filing a motion for default judgment.

The Clerk of Court is respectfully directed to close ECF Nos. 69, 78, and 79.

**SO ORDERED.**


_s/ Ona T. Wang_

Dated:  March 13, 2024                                          **Ona T. Wang**
     New York, New York                              United States Magistrate Judge