UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN BAL,

                              Plaintiff,                        21-CV-4702 (OTW)

           -against-                                **ORDER**

U.S. DEPARTMENT OF THE TREASURY, et al.,

                              Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court is in receipt of Plaintiff John Bal's cross-motion for summary judgment and accompanying briefing. (ECF 131, 132, 133, 136). Upon review, it is not clear if Plaintiff's cross-motion is also meant to oppose Defendants' motion for summary judgment. (ECF 97).

Plaintiff is directed to file his opposition to Defendants' motion for summary judgment, if any, by **November 8, 2024.** Defendants' reply, if any, is due by **November 22, 2024.**

Defendants are directed to file their opposition to Plaintiffs' cross-motion for summary judgment by **November 1, 2024.** Plaintiff's reply, if any, is due by **November 22, 2024.**

There will be no extensions to the above briefing schedules.

**SO ORDERED.**

Dated: October 18, 2024
New York, New York

                                                         *s/ Ona T. Wang*
                                                           **Ona T. Wang**
                                             United States Magistrate Judge