UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JOHN BAL,

                    Plaintiff,                    21 **CIVIL** 4702 (OTW)

      -against-                                **JUDGMENT**

U.S. DEPARTMENT OF THE TREASURY, et al.,

                    Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 09, 2024, the Defendants' cross-motion for summary judgment is GRANTED and Plaintiff's cross-motion for summary judgment is DENIED. Judgment is entered for the defendants and the case is closed.

**Dated:**  New York, New York
           December 10, 2024

                                                  **TAMMI M. HELLWIG**

                                                        **Clerk of Court**

                                      **BY:**

                                                      **Deputy Clerk**