**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
JOHN BAL,                                              :
                                                       :
                              Plaintiff,               :        21-CV-4702 (OTW)
                                                       :
             -against-                                 :        **ORDER**
                                                       :
U.S. DEPARTMENT OF THE TREASURY, et al.,               :
                                                       :
                              Defendants.              :
                                                       :
                                                       :
------------------------------------------------------------x

The Court is in receipt of ECF 160 and 163, in which Plaintiff seeks leave to proceed *in forma pauperis* with respect to his appeal to the Second Circuit of my December 9, 2024, Opinion and Order (the "Dec. 9 O&O"), which granted summary judgment for Defendants and denied summary judgment for Plaintiff. (*See* ECF 155). Plaintiff's motion is **GRANTED.** Leave to proceed on appeal without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

It has also come to the Court's attention that there is an outstanding motion at ECF 153, which seeks reconsideration of my November 22, 2024, order. (*See* ECF 150). Because my Dec. 9 O&O closed all open motions in the case, Plaintiff's motion at ECF 153 is **DENIED as moot.**

The Clerk of Court is respectfully directed to close ECF Nos. 153, 160, and 163.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 21, 2025                                **Ona T. Wang**
       New York, New York                        United States Magistrate Judge